# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**EDWARD JONES**                                                                                          **PLAINTIFF**

**v.**                           **CASE NO: 2:15-CV-00192 BSM**

**LEE COUNTY, ARKANSAS, et al.**                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE